

FILED
MAY 18 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

# United States District Court
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER GRANTING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | **Case Number: 95-CR-40053-00 JPG**<br>**Registration Number: 03517-025** |
| ZARKA GARROTT | |

Assistant Federal Public Defender Melissa A. Day     Assistant United States Attorney Thomas E. Leggans

**DATE OF IMPOSITION OF ORIGINAL JUDGMENT:**

Upon motion of the defendant, made pursuant to 18 U.S.C. § 3582(c)(2), for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has been subsequently lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion (Doc. # 257) be and the same is hereby **GRANTED** and the 300 month term of imprisonment previously imposed, is reduced to 240 months.

## I. Court Determination of Advisory Guideline Range

Previous Offense Level:     36            Amended Offense Level:     34
Criminal History Category:  V             Criminal History Category:  V
Previous Guideline Range: 292-365 months  Amended Guideline Range: 235-293 months

## II. Sentence Relative to Amended Advisory Guideline Range

__X_  The reduced sentence is within the amended advisory guideline range.

_____  The reduced sentence is below the amended guideline range due to a Rule 35(b) reduction.

_____  The reduced sentence is outside the amended guideline range for the following reasons:

### III. Further Explanation

To insure that the defendant is in fact timely released, the Bureau of Prisons is directed to take all appropriate steps to complete the processing of the defendant's release plan. If this order results in a release date ten or fewer days after the date this order is entered, this order shall be **STAYED** for a period of ten days from the docketing date of this order to ensure the defendant, the Bureau of Prisons and the Probation Office adequate time to prepare for the defendant's reentry into society. If the amount of time the defendant has served exceeds this sentence, the sentence is reduced to a "Time Served" sentence.

Except as otherwise provided herein, all provisions of the original judgment imposed on January 9, 1997, shall remain intact, and the same are incorporated herein by reference as though set forth herein at length.

**Dated at Benton, Illinois, this 20th day of May, 2009.**

                                                              **BY THE COURT:**

                                                          */s/ J. Phil Gilbert*
                                                          J. Phil Gilbert
                                                          US District Judge